AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**RAY GENE HARRINGTON,**

    Petitioner,

    V.          CASE NUMBER: **06-C-475**

**WISCONSIN DEPARTMENT OF CORRECTIONS**,

    Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Ray Gene Harrington's petition pursuant to Title 28, United States Code, Section 2254, is DENIED as untimely.**

**This action is hereby DISMISSED.**

   **December 5, 2006**
Date                                                      Clerk

                                                          s/ Linda M. Zik
                                                          (By) Deputy Clerk